UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATHEW HOVIOUS,

                Plaintiff,

    v.

NAPHCARE, *et al.*,

               Defendants.

Case No. 3:24-cv-00594-MMD-CSD

**ORDER**

On June 26, 2025, the Court issued a screening order allowing Plaintiff to proceed with a Fourteenth Amendment (or, alternatively, Eighth Amendment) claim for inadequate medical treatment against Defendants Jacob Fowler and Naphcare, dismissing several other Defendants with leave to amend, and dismissing one Defendant with prejudice. (ECF No. 6.) The Court later granted Plaintiff an extension of time to file an optional amended complaint, resulting in a deadline of August 29, 2025. (ECF No. 10.) The Court specifically stated that, if Plaintiff chose not to file an amended complaint, this action would proceed only against Defendants Jacob Fowler and Naphcare. (*See id.*) Plaintiff has not filed an amended complaint. Pursuant to the screening order, this action will proceed only against Defendants Jacob Fowler and Naphcare.

On September 9, 2025, the Court issued an order regarding service of process on Defendants Jacob Fowler and Naphcare. (ECF No. 12.) On September 22, 2025, that order was returned to the Court as undeliverable. (ECF No. 14.) Plaintiff then updated his address to Federal Correctional Institution 2 in Butner, North Carolina. (ECF No. 15.) Because it appears that the prior order did not reach Plaintiff, the Court will vacate the prior order and associated docket entry (ECF Nos. 12, 13) and re-issue a fresh order regarding service.

It is therefore ordered that the Clerk of Court is kindly directed to **vacate the prior order and associated docket entry** (ECF Nos. 12, 13).

It is further ordered that, pursuant to the Court's screening order (ECF No. 6), this action will proceed only against Defendants Jacob Fowler and Naphcare.

The Clerk of Court is directed to (1) **issue summonses** for Defendants Jacob Fowler and Naphcare, (2) **deliver those summonses** to the U.S. Marshal for service, and (3) **send sufficient copies** of the Complaint (ECF No. 7) and this order to the U.S. Marshal for service on Defendants.

The Clerk of Court is further directed to **send Plaintiff two USM-285 forms**. Plaintiff will have **30 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.

It is further ordered that within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

It is further ordered that Plaintiff will serve upon Defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. If Plaintiff electronically files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Plaintiff mails the document to the Court, he shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge,

1 | or the Clerk that fails to include a certificate showing proper service when required.

3 | DATED: September 24, 2025.

_____
UNITED STATES MAGISTRATE JUDGE