UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATHEW HOVIOUS,

    Plaintiff

v.

NAPHCARE, et al.,

    Defendants

Case No.: 3:24-cv-00594-MMD-CSD

**Order**

Re: ECF Nos. 31, 41, 42

    Before the court are several motions Plaintiff has filed requesting that subpoenas be issued to non-parties the United States Marshals Service (USMS) and Washoe County Sheriff's Office (WCSO). (ECF Nos. 31, 41, 42.)

    Defendants Jacob Fowler and Naphcare responded that they take no position as to the motions, but note that it does not appear the motions (or subpoenas in ECF Nos. 41 and 42) have been served on either the USMS or WCSO. (ECF Nos. 38, 39, 46, 47.)

    Plaintiff is currently in custody of the Federal Bureau of Prisons, but this action concerns a claim for inadequate medial care while he was in custody at the Washoe County Detention Facility (WCDF). He is proceeding against Naphcare, who contracts to provide medical care to inmates at WCDF, and Naphcare Nurse Jacob Fowler.

    In these motions, Plaintiff seeks to subpoena : (1) all emails, phone calls notes and any information between the USMS Reno and WCDF regarding Plaintiff's medical treatment and any notes or records from the USMS agents who sat with him in the hospital in April and September of 2024 regarding his medical care; (2) all documents (electronic via tablet or paper) of requests, grievances, kites, administrative remedies, write ups, and incident reports concerning

this case regarding the medical treatment at issue at WCDF, as well as all "write ups" that Plaintiff "went to the SHU over" and all documents from his inmate tablet at WCDF.

ECF No. 31 is duplicative of ECF Nos. 41 and 42 and does not contain the proposed subpoena; therefore, ECF No. 31 is denied.

ECF No. 41 asserts that USMS officers were with Plaintiff at the hospital on various occasions in 2024 and requests documents related to communications between the USMS services internally and with WCDF regarding Plaintiff's medical condition at issue in this case. (ECF No. 41.) The proposed subpoena attached to ECF No. 41, however, is a subpoena directed to the Washoe County Jail. (ECF No. 41-1.)

ECF No. 42 asserts that Naphcare has indicated that one of their defenses is failure to exhaust administrative remedies. As such, Plaintiff requests documents including grievances, kites, requests, sick calls, etc., from an inmate tablet and in paper form, that are relevant to the exhaustion defense. (ECF No. 42.) The proposed subpoena attached to his motion, however, is directed to the USMS. (ECF No. 42-1.)

As such, it appears that the subpoenas were mistakenly reversed.

The subpoena directed to the Washoe County Jail seeks electronically stored information from Plaintiff's inmate tablet, including grievances, kites, inmate requests, requests to medical officers and medical, as well as paper grievances, and all write ups and incident reports that are medical related. (ECF No. 41-1.)

The subpoena directed to the USMS seeks notes, emails and electronically stored documents to or from the USMS and the Washoe County Jail about Plaintiff's medical treatment and medical concerns, and any notes from the USMS that were with Plaintiff at the hospital in

May and September of 2024 and January of 2025, and internal communications within the USMS about Plaintiff's medical condition. (ECF No. 42-1.)

## CONCLUSION

(1) ECF No. 31 is **DENIED** as duplicative of ECF Nos. 41 and 42.

(2) ECF Nos. 41 and 42 are **GRANTED** insofar as the Clerk shall **ISSUE** the subpoenas at ECF No. 41-1 (subpoena to WCSO) and 42- (subpoena to USMS) for the USMS and WCSO; and

(a) The Clerk shall **SEND** the USMS subpoena along with a copy of this Order to the USMS in Reno by certified mail and sending a copy of this Order and the subpoena by certified mail to: the civil process clerk for the United States Attorney for the District of Nevada at 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101; the Attorney General of the United States at 950 Pennsylvania Ave. NW, Washington D.C. 20530; and to the USMS in Reno, Nevada at 400 S. Virginia St., Suite 200, Reno, NV 89501.

(b) The Clerk shall also **SEND** a copy of the subpoena to the WCSO as well as a copy of this Order to the USMS in Reno to serve on the WCSO by serving Washoe County Sheriff Darin Balaam at 911 Parr Blvd., Reno, NV 8951, or an agent designated to receive service of process for the WCSO. Nev. R. Civ. P. 4.2(d)(3).

**IT IS SO ORDERED**.

Dated: February 23, 2026

_____
Craig S. Denney
United States Magistrate Judge