PHILLIP SILVESTRI, Esq.
BLACKSTONE TRIAL GROUP
Nevada Bar No. 11276
300 S. Fourth St., Suite 1220
Las Vegas, NV 89101
Tel: (702) 908-3698
phillip@blackstonetrial.com

AARON BROWN, Esq.
*Pro Hac Vice*
BLACKSTONE TRIAL GROUP
1200 Corporate Dr., Suite 425
aaron@blackstonetrial.com
Tel: (659) 241-4620
*Attorneys for Defendants NaphCare, Inc. and Jacob Fowler*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MATHEW HOVIOUS,

      Plaintiff,

vs.

NAPHCARE, INC. ET AL

      Defendants.

Case No.: 3:24-cv-00594

**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANT JACOB FOWLER**

IT IS HEREBY JOINTLY STIPULATED by and between the parties hereto[1], that the above-entitled matter be voluntarily dismissed with prejudice as to individual Defendant JACOB FOWLER; with each party to bear their own fees and costs.

Dated: March _5___, 2026

BLACKSTONE TRIAL GROUP

By:__/s/ *Aaron Brown*
    Aaron Brown
    1200 Corporate Dr., Ste. 425
    Birmingham, AL
    Attorney for Defendants

[1] On March 5, 2026 undersigned counsel spoke with Plaintiff over the phone and read the substance of this stipulation to him.  Plaintiff agreed to the substance and that undersigned counsel can file without his signature.

JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANT JACOB FOWLER - 1

Based on the stipulation of the parties, Defendant JACOB FOWLER is hereby dismissed with prejudice. IT IS ORDERED.

Dated: March 6, 2026

_____
DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANT JACOB FOWLER - 2